## David BRIGHT, Plaintiff—Appellant,

v.

## Paul O'FLAHERTY, Assistant Commissioner; R. Moats, Case Manager; N. Rouse, Warden; Stewart Nathan; David P. Kennedy; Michael O. Doyle; Gary D. Maynard; J. Michael Stouffer, Defendants—Appellees.

### No. 08–8304.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 26, 2009.

David Bright, Appellant Pro Se. Phillip M. Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bright appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bright v. O'Flaherty,* No. 1:08–cv–00699–RWT (D.Md. Oct. 16, 2008). We further deny Bright's motions to remand and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*